# CLERK'S MINUTE SHEET
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable B. Paul Briones

Arraignment/Show Cause/Detention Hearing

| | | | |
|---|---|---|---|
| Case Number: | 23cr695 JCH | UNITED STATES vs. Lynch | |
| Hearing Date: | 5/19/2023 | Time In and Out: | 9:30-9:55 |
| Courtroom Deputy: | E. Hernandez | Digital Recording: | Rio Grande |
| Defendant: | Peter Ryan Lynch | Defendant's Counsel: | Devon Fooks |
| AUSA: | Jon Stanford | Pretrial/Probation: | W. Miller |
| Interpreter: | N/A | | |

## Preliminary/Show Cause/Identity

- ☒ Defendant waives Show Cause Hearing
- ☒ Court finds probable cause   ☐ Court does not find probable cause

## Proceedings

- ☒ Defendant received a copy of charging document
- ☒ Defendant questioned re: time to consult with attorney regarding penalties
- ☒ Defendant waives reading of Indictment
- ☒ Defendant enters a Not Guilty plea
- ☒ Motions due by: Thursday, June 08, 2023
- ☒ Parties agree Standing Discovery Order to be electronically entered  ☐ Discovery Order previously entered  ☐ Discovery Order not entered; parties to confer pursuant to Rule 16.1(a) within 14 days
- ☒ Case assigned to: Judge Herrera   ☒ Trial will be scheduled by presiding judge
- ☒ Government requests detention; defense requests release; defendant addresses court; government addresses court; court addresses probation officer; probation officer responds; court findings.

## Custody Status

- ☒ Defendant to remain in custody
- ☐ Conditions

## Other

- ☒ Pursuant to the Due Process Protections Act, Court confirms the United States obligation to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland, 373 U.S. 83 (1963) and its progeny, and orders it to do so.