IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                     CRIM. NO. **23-695 JCH**

**PETER RYAN LYNCH,**

    Defendant.

## **O R D E R**

**THIS MATTER** is before the Court for hearing, the Court having found that the Defendant Peter Ryan Lynch violated his conditions of release, and the Court being fully advised in the premises;

IT IS THEREFORE ORDERED that the conditions of release previously imposed are hereby REVOKED; and that the Defendant Peter Ryan Lynch, be remanded to the custody of the U.S. Marshal Service pending final disposition in this matter.

_____
B. Paul Briones
United States Magistrate Judge